# EXHIBIT B

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**CASE NO. _____**

HANSA BHAKTA, individually and as
Personal Representative of THE ESTATE
OF NARESHKUMAR NARSINHBHAI,

    Plaintiff,

v.

PRUCO LIFE INSURANCE COMPANY,

    Defendant.
_____/

## DECLARATION OF SEAN O'BRIEN IN SUPPORT OF
## PRUCO LIFE INSURANCE COMPANY'S NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1746, the undersigned, Sean O'Brien, states the following:

1. My name is Sean O'Brien. The statements set forth in this Declaration are based upon my personal knowledge and my review of the business records of Pruco Life Insurance Company ("Pruco"). I am over 21 years of age and competent to testify to the statements set forth in this Declaration.

2. I am Project Manager, Process Management. I am familiar with the organizational structure of Pruco.

3. At the time the Complaint was filed, at the time of removal, and at all intervening times, Defendant Pruco was, and is, a corporation organized under the laws of the State of Arizona with its principal place of business in the State of New Jersey.

-2-

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 11, 2021.

*Sean O'Brien*
———————————————
Sean O'Brien